NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA  90014
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | CHAPTER 13 |
|  | ) |  |
| CLOER, DONNA KAY | ) | CASE NO. 2:10-bk-52817-VK |
|  | ) |  |
|  | ) | NOTICE OF **RESCHEDULED §341(a)** |
|  | ) | MEETING OF CREDITORS |
|  | ) |  |
|  | ) |  |
|  | ) | Date:  **November 17, 2010** |
|  | ) | Time:  **02:00 PM** |
|  | ) | Place:  **725 South Figueroa Street** |
| Debtor ) |  | **Room 2610** |
|  | ) | **Los Angeles, CA 90017** |

     PLEASE TAKE NOTICE that the §341(a) meeting of creditors in this case
has been rescheduled for the above **date** and **time**.  The location shall remain
the same.


DATED: October 28, 2010                                    /s/Nancy Curry


NTC Reset 341

## PROOF OF SERVICE OF DOCUMENT

**In Re:   CLOER, DONNA KAY**
**Case No. LA 2:10-bk-52817-VK**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA  90014

The foregoing document described as **NOTICE OF RESCHEDULED 341(A) MEETING OF CREDITORS** will be served
or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s)
and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the
document.  On October 28, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated
below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On October 28, 2010, I
served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by
placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an
overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

Debtor
CLOER, DONNA KAY
1765 CALAMAR AVENUE
TORRANCE, CA 90501

Attorney for Debtor
BRIAN T. PEDIGO
LAW OFFICES OF BRIAN PEDIGO
7545 IRVINE CENTER DR., #200
IRVINE, CA 92618-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity
served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on October 28, 2010 I served the following person(s) and/or entity(ies)
by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as
follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24
hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| October 28, 2010 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
| Date | Type Name | Signature |

NTC Reset 341

Label Matrix for local noticing
0973-2
Case 2:10-bk-52817-VK
Central District Of California
Los Angeles
Thu Oct 28 10:14:16 PDT 2010

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Access Group
1411 Foulk Road Pob 7430
Wilmington, DE 19803-0430

Access Group Inc
5500 Brandwine Pkwy
Wilmington DE 19803-1444

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Infosource Lp As Agent for Wfnnb
PO Box 248872
Oklahoma City, OK  73124-8872

Amex
P.O. Box 981537
El Paso, TX 79998-1537

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Bank Of America   ·
Po Box 17054
Wilmington, DE 19850-7054

Bob Cloer, Sn.
3171 Longview Drive
Lake Havasu City, AZ 86406-9046

COR Healthcare Medical Associates
1360 W 6th St
San Pedro, CA 90732-3514

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Auto Finance
PO Box 78101
Phoenix, AZ 85062-8101

Chase Na
800 Brooksedge Blv
Westerville, OH 43081-2822

Client Services, Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301-9816

Daniels & Norelli, P.C.
900 Merchants Concourse, Suite 400
Westbury, NY 11590-5114

Department Stores National Bank/Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

DirectTV
PO Box 54000
Los Angeles, CA 90054-1000

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Focus Receivables Management
5601 Office Blvd NE Suite 500
Albuquerque, NM 87109-5873

Fst Usa Bk B
Po Box 8650
Wilmington, DE 19899-8650

Ge Moneybank
4246 South Riverbo Suite 200
Salt Lake City, UT 84123-2582

Gerber Ambulance Service
PO Box 3487
Torrance, CA 90510-3487

Glelsi/Goal Financial
Po Box 7860
Madison, WI 53707-7860

Glelsi/Star Bnk,Na Tru
2401 International Ln
Madison, WI 53704-3121

HSBC Retail Services
PO Box 5244
Carol Stream, IL 60197-5244

HSBC Retail Services
PO Box 60148
City of Industry, CA 91716-0148

Hfc - Usa
Po Box 3425
Buffalo, NY 14240-3425

Hsbc/Paris
Pob 15521
Wilmington, DE 19850-5521

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999


MorEquity
PO Box 3788
Evansville, IN 47736-3788

NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044-2368

Oakland Cnty Cr Union
1220 County Center Dr W
Waterford, MI 48328-1904


Sears/Cbsd
701 East 60th St N Po Box 6241
Sioux Falls, SD 57117-6241

SportsLife Enterprises
1455 Old Bridge Rd, Ste 204
Woodbridge, VA 22192-2727

Target N.B.
Po Box 673
Minneapolis, MN 55440-0673


Target National Bank
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026


United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

Us Dep Ed
Po Box 5609
Greenville, TX 75403-5609

Wells Fargo Bank Nv Na
Po Box 94435
Albuquerque, NM 87199-4435


Wfnnb/Roamans
Po Box 182121
Columbus, OH 43218-2121

Brian T Pedigo
Law Offices of Brian Pedigo
7545 Irvine Center Drive
Ste. 200
Irvine, CA 92618-2933

Donna Kay Cloer
1765 Calamar Avenue
Torrance, CA 90501-4710


Nancy K Curry (TR)
606 South Olive Street, Suite 950
Los Angeles, CA 90014-1668


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Toyota Financial Services
PO Box 60114
City of Industry, CA 91716


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Tiaa Cref Financial Services

End of Label Matrix
Mailable recipients    48
Bypassed recipients    2
Total    50